An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LANE A/K/A DAVID A. LANE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61683

FILED

JUN 13 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court order revoking appellant's probation and amending his judgment of conviction. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant David Lane contends that the district court abused its discretion by revoking his probation because he was not given notice of the proceedings and the district court was not presented with verified facts justifying its decision. We disagree with both contentions. The record demonstrates that Lane had notice of the proceedings and the nature of the alleged violations, *see* NRS 176A.600(1), and that Lane stipulated to violating Rule Four of the terms of his probation. We conclude that the district court did not abuse its discretion by determining that his conduct was not as good as required and revoking his probation, *see Lewis v. State*, 90 Nev. 436, 438, 529 P.2d 796, 797 (1974); *see generally McNallen v. State*, 91 Nev. 592, 540 P.2d 121 (1975) (revocation of

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17463

probation affirmed where violation by probationer not refuted), and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Linda Marie Bell, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A